THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIA MARSHALL, Appellant, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.— Appeal, in part, from an order of the Supreme Court, Clinton County, made on or about March 16, 1944. Appellant has been found sane and transferred to Sing Sing Prison. His maximum term has not expired, and he is not entitled as a matter of right to a reduction of time from his minimum sentence. (Correction Law, § 230.) The Parole Board is not a party to this proceeding and this court has no power to make any order relating thereto. Appeal dismissed, without costs. All concur.

### (September 21, 1944.)

WINIFRED D. FLYNN, Respondent, v. ROYAL DEVELOPMENT COMPANY, Appellant. MICHAEL J. MCNAMARA, Respondent, v. SAME, Appellant. MARY F. FOLEY, Respondent, v. SAME, Appellant. MINNIE R. CARROLL, Respondent, v. SAME, Appellant. MARGARET GRIFFIN, Respondent, v. SAME, Appellant. ELIZABETH B. O'CONNELL, Respondent, v. SAME, Appellant. LEO J. BUCKLEY, Respondent, v. SAME, Appellant. ANNA R. BUCKLEY, Respondent, v. SAME, Appellant. SUSIE K. ROUNDS, Respondent, v. SAME, Appellant. ELIZABETH J. CROWLEY, Respondent, v. SAME, Appellant. ANNE F. O'DONNELL, Respondent, v. SAME, Appellant. M. GERTRUDE MURPHY, Respondent, v. SAME, Appellant. TERESA D. O'CONNELL, Respondent, v. SAME, Appellant. ALBERT O'CONNELL, Respondent, v. SAME, Appellant. MOLLIE F. BERGIN, Respondent, v. SAME, Appellant. MOLLIE F. BERGIN, as Administratrix of the Estate of JOHN J. BERGIN, Deceased, Respondent, v. SAME, Appellant. D. FRED BIRCHARD, Respondent, v. SAME, Appellant. CLEMENT J. O'CONNELL, Respondent, v. SAME, Appellant. THOMAS P. O'CONNELL, Respondent, v. SAME, Appellant. THOMAS P. O'CONNELL et al., Respondents, v. SAME, Appellant. MARY C. QUINN, as Executrix of JOHN J. QUINN, Deceased, Respondent, v. SAME, Appellant. SEARLE B. CLARK, Respondent, v. SAME, Appellant.— Appeal by defendant from orders made by the Broome County Special Term which denied in part a motion for orders that it be furnished with further bills of particulars. Orders affirmed, with fifty dollars costs. Hill, P. J., Heffernan, Brewster and Foster, JJ., concur; Bliss, J., taking no part.

In the Matter of Independent Nominations Filed by the LIBERAL PARTY. JOHN J. O'CONNOR, Petitioner; THOMAS J. CURRAN, as Secretary of State, et al., Respondents.— Appeal from an order of the Albany Special Term dismissing an application to have the names of presidential nominees of the Liberal Party omitted from the voting machine ballot. Order affirmed, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Hill, P. J., Heffernan, Brewster and Foster, JJ., concur; Bliss, J., taking no part.